UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL NO. |
| v. | : | 3-02-cr-257 (CFD) |
| | : | |
| CURTIS MAYO | : | MARCH 19, 2007 |

**SCHEDULING ORDER**

As a result of the remand from the Court of Appeals, the court intends to consider whether it would have imposed a non-trivially different sentence in this case if the Sentencing Guidelines had been advisory. That consideration will include a review of the pre-sentence report and the transcript of the sentencing hearing.

Counsel are directed to file written submissions concerning whether the court should have imposed a non-trivially different sentence on or before **APRIL 18, 2007.**

If the defendant wishes to avoid resentencing, he should promptly notify the court that resentencing will not be sought.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 19th day of March, 2007.

/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge